822 A.2d 604

IN THE MATTER OF JOHN A. TUNNEY, AN ATTORNEY AT LAW (ATTORNEY NO. 044251987).

May 22, 2003.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–273, concluding that **JOHN A. TUNNEY** of **WOODBRIDGE**, who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate), *RPC* 1.16(d)(failure to surrender papers and property to which the client is entitled), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **JOHN A. TUNNEY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the record that respondent should be required to submit proof of his mental fitness to practice law;

And good cause appearing;

It is ORDERED that **JOHN A. TUNNEY** is hereby reprimanded; and it is further

ORDERED that within 30 days after the filing date of this Order respondent shall submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.